1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  STEVE WICKENS, individually and on behalf of others similarly situated, | CASE NO. 15cv834-GPC(JMA) |
| 11 | |
| 12                                Plaintiff, | **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| vs. | |
| 13 | |
| 14  Blue Cross of California, Inc., d/b/a Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company, | |
| 15 | |
| 16                                Defendants. | |

17

18      On June 18, 2015, the Court denied Plaintiff's motion to remand and granted

19  Plaintiff leave to amend the complaint. (Dkt. No. 20.) On June 19, 2015, Plaintiff filed

20  an amended complaint. (Dkt. No. 21.)  Accordingly, the Court sets an order to show

21  cause hearing why the case should not be remanded for lack of subject matter

22  jurisdiction.  Any responses to the order to show cause hearing shall be filed on or

23  before **July 2, 2015.**  Any reply shall be filed on or before **July 10, 2015.**  An order to

24  show cause hearing shall be held on **July 17, 2015 at 1:30 p.m.** in Courtroom 2D.

25      IT IS SO ORDERED.

26  DATED:  June 22, 2015

27                                        HON. GONZALO P. CURIEL
                                          United States District Judge
28

- 1 -                                    [15cv834-GPC(JMA)]